THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FIVE PINT BOTTLES OF WHISKY, etc., Seized from LOUIS WEISS, Respondent.

*Intoxicating liquors — seizure of liquor without a warrant — notice of forfeiture — when motion for return of liquor improperly denied.*

People v. *Five Pint Bottles of Whisky (Weiss),* 206 App. Div. 712, affirmed.

(Submitted June 1, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1923, which reversed an order of the Queens County Court denying a motion for the return of certain intoxicating liquor and granted said motion. It was alleged that the liquor was seized without a warrant and that notice to show cause why the seized liquors should not be forfeited was not served within the time required by the statute.

*Dana Wallace, District Attorney (Joseph Lonardo* of counsel), for appellant.

*Meyer Kraushaar* and *Emanuel Celler* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.